WESTERN AND ATLANTIC RAILROAD COMPANY *v.* CALLAWAY.

BECK, J. This court will not interfere with the discretion of the court below in granting a first new trial, unless the evidence demands the verdict. The evidence in the present case being conflicting, the grant of a new trial will not be reversed.

*Judgment affirmed. All the Justices concur.*

Submitted July 18, — Decided December 14, 1906.

Action for damages. Before Judge Fite. Whitfield superior court. December 15, 1905.

*Payne & Tye* and *R. J. & J. McCamy,* for plaintiff in error.

*J. M. Rudolph* and *Sam P. Maddox,* contra.